## Richmond.

### CITY OF RICHMOND V. O. H. BERRY & COMPANY.

### January 17, 1918.

*H. R. Pollard, E. P. Buford, A. H. Light* and *Oscar L. Shewmake,* for the plaintiff in error.

*McGuire, Riely, Bryan & Eggleston, Hunsdon Cary* and *E. Warren Wall,* for the defendants in error.

KELLY, J., delivered the opinion of the court.

*Reversed.*

This case involves exactly the same question as the case of *City of Richmond* v. *Drewry-Hughes Company, ante,* p. 178 in which an opinion is handed down to-day. The judgment complained of is accordingly reversed.

*Reversed.*